UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------------- x

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES, LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59, by and through its special servicer, LNR Partners, LLC, CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB48, by and through its special servicer, LNR Partners, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGES SECURITIES CORP., MULTIFAMILY PASS-THROUGH CERTIFICATES, SERIES 2018-SB52, by and through its special servicer, SCP Servicing, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGES SECURITIES CORP., MULTIFAMILY PASS-THROUGH CERTIFICATES, SERIES 2018-SB56, by and through its special servicer, SCP Servicing, LLC, and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB63, by and through its special servicer, Berkeley Point Capital LLC d/b/a Newmark Knight Frank, | Case No. 2:19-cv-17866<br><br>Hon. Madeline Cox Arleo |
| Plaintiffs, | |
| -against- | |
| SETH LEVINE, PALISADE LM LLC, 2917 PALISADE VENTURES LLC, ALJO NORSE LLC, AMBOY NORSE LLC, DEHART NORSE LLC, JORDAN VENTURES LLC, RALEIGH NORSE MANAGEMENT LLC, UNION CITY FUNDING LLC, UNION VENTURES LLC, WALLIS NORSE LLC, CLEMENTON NORSE LLC, KEARNY NORSE LLC, LENOX BEACHWAY LLC, PA NORSE LLC, | |

```
WOODBINE NORSE LLC, RIVERSIDE NORSE LLC,         :
WESTVILLE NORSE, LLC, PROSPECT NORSE LLC,        ::
and FEDERAL HOME LOAN MORTGAGE CORP.,            :
                                                  :
                    Defendants.                   :
---------------------------------------------------------------------------- x
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eric D. Herschmann of the law firm Kasowitz Benson Torres LLP appears in this action as attorney for Ascend Re Partners, LLC and Ascend Re Partners II, LLC and requests that notices, correspondence, filings and other papers in this action be served upon him at the address listed below.

Dated:  September 27, 2019              By:  /s/ Eric D. Herschmann

                                                                      Eric D. Herschmann, Esq.
                                                                      Kasowitz Benson Torres LLP
                                                                       1633 Broadway
                                                                       New York, New York 10019
                                                                       Tel: (212) 506-1700

                                                                       *Attorneys for Ascend Re Partners, LLC and*
                                                                       *Ascend Re Partners II, LLC*

## **CERTIFICATE OF SERVICE**

I, Eric D. Herschmann, hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 27, 2019.

/s/ Eric D. Herschmann
Eric D. Herschmann
