Bruce H. Nagel
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 618-0400

Eric D. Herschmann
Michael Paul Bowen (*pro hac vice* application forthcoming)
Andrew R. Kurland (*pro hac vice* application forthcoming)
Jeffrey Ephraim Glatt (*pro hac vice* application forthcoming)
KASOWITZ BENSON TORRES LLP
New York, New York 10019
(212) 506-1700

*Attorneys for Ascend Re Partners, LLC and Ascend Re Partners II, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES, LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59, by and through its special servicer, LNR Partners, LLC, CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB48, by and through its special servicer, LNR Partners, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGES SECURITIES CORP., MULTIFAMILY PASS-THROUGH CERTIFICATES, SERIES 2018-SB52, by and through its special servicer, SCP Servicing, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGES SECURITIES CORP., MULTIFAMILY PASS-THROUGH CERTIFICATES, SERIES 2018-SB56, by and through its special servicer, SCP Servicing, LLC, and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE | Case No. 2:19-cv-17866<br><br>Hon. Madeline Cox Arleo<br><br>**DECLARATION OF MOSHAEL J. STRAUS IN SUPPORT OF <u>MOTION TO INTERVENE</u>** |

|  |  |
|---|---|
| PASS-THROUGH CERTIFICATES, SERIES 2019-SB63, by and through its special servicer, Berkeley Point Capital LLC d/b/a Newmark Knight Frank, | : |
| Plaintiffs, | : |
| -against- | : |
| SETH LEVINE, PALISADE LM LLC, 2917 PALISADE VENTURES LLC, ALJO NORSE LLC, AMBOY NORSE LLC, DEHART NORSE LLC, JORDAN VENTURES LLC, RALEIGH NORSE MANAGEMENT LLC, UNION CITY FUNDING LLC, UNION VENTURES LLC, WALLIS NORSE LLC, CLEMENTON NORSE LLC, KEARNY NORSE LLC, LENOX BEACHWAY LLC, PA NORSE LLC, WOODBINE NORSE LLC, RIVERSIDE NORSE LLC, WESTVILLE NORSE, LLC, PROSPECT NORSE LLC, and FEDERAL HOME LOAN MORTGAGE CORP., | : |
| Defendants. | : |

MOSHAEL STRAUS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Managing Member of Ascend Re Partners, LLC ("AREPI") and Ascend Re Partners II, LLC ("AREPII," and collectively, "Ascend"). I have personal knowledge of the facts recounted herein and submit this declaration in support of Ascend's motion to intervene.

2. Clementon Norse LLC ("Clementon Norse"), Riverside Norse LLC ("Riverside Norse"), and Prospect Norse LLC ("Prospect Norse") hold title to real property located, respectively, at 222 White Horse Pike in Clementon, Camden County, 429 St. Mihiel Drive, in Riverside, Burlington County, and 200 East Maple Avenue in Merchantville, Camden County.

3. In about 2007, AREPI purchased a 50% interest of Clementon Norse, Riverside Norse, and Prospect Norse, entities in which Levine, or an entity he controls, also retains an ownership interest. Levine, or an entity he controls, agreed to manage the real property held by those entities.

2

4. AREPII created Lenox Beachway, LLC ("Lenox Beachway") to hold title to real property located at 544-560 Beachway Avenue in Keansburg, Monmouth County.

5. In about September 2013, AREPII entered into a written agreement with defendant Seth Levine whereby Levine, through an entity he controlled, became a 40% owner of Lenox Beachway and agreed to manage the real property held by that entity.

6. Amended operating agreements for Lenox Beachway, Clementon Norse, Riverside Norse, and Prospect Norse set forth the respective rights of the LLC members, including AREPI or AREPII and Levine (or an entity he controls).

7. Since 2007 to this day, AREPI has maintained its 50% ownership in Clementon Norse, Riverside Norse, and Prospect Norse. At no time after 2007 did AREPI sell, convey or otherwise transfer its ownership interest in these entities or any part thereof.

8. Since September 2013 to this day, AREPII has maintained its 60% ownership interest in Lenox Beachway. At no time after September 2013 did AREPII sell, convey or otherwise transfer its ownership interest in this entity or any part thereof.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2019 in Englewood, New Jersey.

_____
Moshael J. Straus