# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joshua N. Howley**
**Member**
**Direct Dial:  973-643-5341**
**Email: jhowley@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

June 10, 2021

**VIA ECF ONLY**

Hon. Madeline Cox Arleo, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Wells Fargo Bank, N.A. v. Levine, et al.*
                Civil Action No. 19-cv-17866

Dear Judges Arleo and Wettre:

      This firm is counsel for Colliers International NJ LLC, the Court-Appointed Receiver for the properties that are the subject of the above-referenced lawsuit (the "Receiver").  On May 10, 2021, the Receiver filed a Motion for an Order Authorizing the Sale of the Property located at 337-341 68th Street, Guttenberg, New Jersey (the "Motion") (D.E. 137).  We write to advise the Court that the Motion, which was returnable on June 7, 2021, is unopposed.  Thank you.

                                          Respectfully Submitted,

                                          */s/ Joshua N. Howley*

                                          Joshua N. Howley

cc:    All counsel of record
        (via ECF only)