Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
SILLS CUMMIS & GROSS P.C.
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Court-Appointed Receiver*
*Colliers International NJ, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------- x

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES, LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59, *et al.*, | Civil Action No. 19-cv-17866 (MCA)(LDW) *Document Electronically Filed* **NOTICE OF MOTION FOR ORDER APPROVING SALE OF CERTAIN REAL PROPERTY FREE AND CLEAR** |
| Plaintiffs, | **ORAL ARGUMENT REQUESTED** |
| vs. | |
| SETH LEVINE, *et al.*, | **Motion Day: July 19, 2021** |
| Defendants. | |

---------------------------------------------------------- x

TO: ALL PARTIES ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that, on July 19, 2021, or as soon thereafter as counsel may be heard, the undersigned counsel for Colliers International NJ LLC, the Court-appointed Receiver for the properties that are subject of the referenced actions (the "Receiver"), shall move before the Honorable Madeline Cox Arleo, U.S.D.J., District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order approving Receiver's sale of the real property owned by Defendant Aljo Norse LLC, free and clear of all prior encumbrances, liens, rights, and interest, approving the Receiver's

1

disbursement of proceeds from the sale, and for related relief, pursuant to the prior Orders of this Court and Fed. R. Civ. P. 66.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Receiver shall rely on the accompanying Declarations of Richard Madison, Joseph Brecher, and Jaimee Katz Sussner, Esq., with accompanying exhibits, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Receiver's Motion is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), the Receiver hereby requests oral argument only if opposition is filed.

    Respectfully submitted,

    s/ Jaimee Katz Sussner
    JAIMEE KATZ SUSSNER

    *Attorneys for Court-Appointed*
    *Receiver Colliers International*
    *NJ LLC*

Dated: June 14, 2021

## SERVICE LIST

1. Ajo Norse LLC *(By First Class Mail)*
   c/o Mr. Seth Levine
   636 South Forest Drive
   Teaneck, New Jersey 07666

2. Jacob Kaplan, Esq. *(By Email)*
   Brafman & Associates, P.C.
   767 Third Avenue, 26th Floor
   New York, New York 10017
   *Counsel for Defendant Seth Levine*

3. Scott T. Tross, Esq. *(By Email)*
   Michelle M. Sekowski, Esq. *(By Email)*
   Herrick, Feinstein LLP
   One Gateway Center
   Newark, New Jersey 07102
   *Counsel for First Mortgagee*

4. Jerry A. Cuomo, Esq. *(By Email)*
   Landman Corsi Ballaine & Ford P.C.
   One Gateway Center, 22nd Floor
   Newark, New Jersey 07102
   *Counsel for Federal Home Loan Mortgage Corporation*

5. David Fleischmann, Esq. *(By First Class Mail)*
   Law Offices of David Fleishmann, P.C.
   2233 Nostrand Avenue, 3rd Floor
   Brooklyn, New York 11210

6. Joseph R. McCarthy, Esq. *(Via Email)*
   Meyner and Landis LLP
   One Gateway Center, Suite 2500
   Newark, New Jersey 07105
   *Counsel for ZF Capital Holdings LLC*

7. ZF Capital Holdings LLC (*Via First Class Mail*)
   2233 Nostrand Avenue, 3rd Floor
   Brooklyn, New York 11210

8. Peapack Gladstone Bank (*Via First Class Mail*)
   500 Hills Drive, Suite 300
   Bedminster, New Jersey 07921

9. Adelsberg Associates, LLC *(Via First Class Mail)*
   280 Northern Boulevard
   Great Neck, New York 11021

10. Bureau of Housing Inspection *(Via First Class Mail)*
    Attention: Collections Unit
    P.O. Box 810
    Trenton, New Jersey 08625-0810

11. Toledo Plumbing & Heating Inc. *(Via First Class Mail)*
    c/o Bittiger Elias & Triolo P.C.
    12 Route 17 North, Suite 206
    Paramus, New Jersey 07652

12. State of New Jersey *(Via First Class Mail)*
    Judgment Processing Service
    Superior Court Clerk's Office
    P.O. Box 971
    Trenton, New Jersey 08625