

**Michelle M. Sekowski**
Counsel
Phone. 973.274.2070
Fax: 973.274.6447
msekowski@herrick.com

November 11, 2021

**Via Electronic Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4A
Newark, New Jersey 07101

      Re:    **Wells Fargo Bank, National Association v. Seth Levine, et al.**
              **Civil Action No. 19-cv-17866**

Dear Judge Arleo:

      As Your Honor is aware, this firm represents plaintiff Citibank, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48 (the "Series 2018-SB48 Trust") in the above-referenced matter.

      On October 12, 2021, the Court entered the Consent Order Discharging/Terminating Receiver for (1) the Clementon Norse Property, and (2) the Prospect Norse Property, Only which, among other things, requires the Series 2018-SB48 Trust to satisfy the outstanding fees and expenses as to the Clementon Norse Property within 30 days. Unfortunately, the Series 2018-SB48 Trust has encountered unforeseen delays setting up the new accounts required as a result of the changes in the property's ownership and accordingly, will be unable to satisfy the outstanding fees and expenses within the 30 days required by the Consent Order. The Series 2018-SB48 Trust respectfully requests that it be granted an additional 30 days to satisfy the outstanding fees and expenses. Additionally, inasmuch as the Receiver cannot prepare its final accounting until such outstanding fees and expenses are paid, the Series 2018-SB48 Trust respectfully requests that the Receiver be permitted to file its final accounting as to the Clementon Norse property no later than 10 days after it has received such payment. The Receiver consents to this request.

      Thank you for Your Honor's attention to this matter.

SO ORDERED
11/17/21
Madeline Cox Arleo, U.S.D.J.

Respectfully,

Michelle M. Sekowski
Michelle M. Sekowski

cc:    All Counsel of Record (via electronic filing)

**HERRICK, FEINSTEIN LLP** • One Gateway Center • Newark, NJ 07102 • Phone: 973.274.2000 • Fax: 973.274.2500